BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REVERIANO OLIVERA, et al.,<br><br>Defendants. | CASE NO. 2:99-CR-00051 GEB<br><br>**[PROPOSED] ORDER DISMISSING INDICTMENT AS TO DEFENDANT FRANCISCO CADENAS** |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant FRANCISCO CADENAS in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrant is recalled.

Dated: September 26, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1